IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| This document relates to:<br><br>LUZ M. RODRÍGUEZ SÁNCHEZ<br><br>*Plaintiff*<br><br>vs.<br>MONSANTO COMPANY,<br><br>*Defendant* | Case No.<br><br>SHORT FORM COMPLAINT |

## SHORT FORM COMPLAINT

**TO THE HONORABLE COURT:**

Pursuant to Pretrial Order (PTO) No. 149, in which the parties were ordered to sever the plaintiffs in the case captioned *Martín Vélez Ríos, et al. v. Monsanto Company, et al.*, originally filed in the United States District Court for the District of Puerto Rico, into individual short form complaints for pre-trial work up purposes, Plaintiff Luz M. Rodríguez Sánchez, provides the following allegations required by the Court in PTO No. 155:

1. This case is brought on behalf of Luz M. Rodríguez Sánchez.

2. This case is brought against Defendant Monsanto Company (Monsanto).

3. Plaintiff first filed his case against Monsanto in the United States District Court for the District of Puerto Rico.

1

4. Plaintiff incorporates by reference, as if fully alleged herein, the allegations contained in *Martín Vélez Ríos, et al. v. Monsanto Company,* Case No. 3:20-cv-08552-VC, other than 8, 9 and 11-27.

5. Plaintiff resided in Caguas, Puerto Rico at the time of filing the original complaint against Monsanto.

6. Plaintiff currently resides in Caguas, Puerto Rico.

7. Plaintiff resided in Caguas, Puerto Rico at the time of his diagnosis of Non-Hodgkin Lymphoma (NHL).

8. Plaintiff received medical treatment for his NHL in Puerto Rico.

9. Jurisdiction is proper based on diversity under 28 U.S.C. § 1332 because Plaintiff is a citizen of Puerto Rico, a different state than the Defendant's states of citizenship, and the aggregate amount in controversy exceeds $75,000, exclusive of interest and costs.

10. Plaintiff alleges injury from her exposure to Defendant's Roundup products.

11. Plaintiff was exposed to Monsanto's Roundup products from 1980. From approximately 1980 to 2017, Plaintiff sprayed Roundup® once a week to control weeds in her yard.

12. Plaintiff used Monsanto's Roundup® products in Puerto Rico.

13. Plaintiff was first diagnosed with Non-Hodgkin's Lymphoma in 2017.

14. Plaintiff Juan Rivera-Pagán bring claims against Monsanto under the following theories of liability: Strict Liability; Dangerous Condition; Defective Condition; Failure to Warn; Negligence; Breach of Express Warranty; Breach of Implied Warranties.

**RESPECTFULLY SUBMITTED,** this 12th day of April, 2022.

          **CARAZO QUETGLAS LAW OFFICES**
          **PMB 133**
          **Ave. Esmeralda #53, Ste. 2**
          **GUAYNABO, PR 00969-4461**
          **TEL (787) 707-0588/ FAX (787) 707-0595**
          **E mail: jorge@jctuayudalegal.com**

          **s/ JORGE CARAZO-QUETGLAS**
          **Jorge Carazo-Quetglas**
          **USDC-PR:   201305**

### CERTIFICATE OF SERVICE

I, Jorge Carazo-Quetglas, hereby certify that, on April 12, 2022, I electronically filed the foregoing with the Clerk for the United States District Court, Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

          **s/ JORGE CARAZO-QUETGLAS**
          **Jorge Carazo-Quetglas**
          **USDC-PR:   201305**